**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **NovaStar Mortgage, Inc.,** | ) | **CASE NO. 1:05 CV 2806** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Dale F. Witt, et al.,** | ) | **Judgment Entry** |
| | ) | |
| **Defendant.** | ) | |

This Court, having issued its Memorandum of Opinion and Order granting plaintiff's

Motion for Summary Judgment (Doc. 13), hereby enters judgment for plaintiff.

IT IS SO ORDERED.


 /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 3/9/06